**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TIERRA MENDOZA** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00424-BSM**

**CHILD PROTECTIVE SOCIAL SERVICES**
***Little Rock, Arkansas*** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August, 2026.

UNITED STATES DISTRICT JUDGE